*In re* ENMIENDA A LA REGLA 24 DE LAS REGLAS DE ADMINISTRA-
CIÓN DEL TRIBUNAL DE PRIMERA INSTANCIA DE PUERTO RICO DE
30 DE JUNIO DE 1999.

*Número:* ER-2000-08          *Resuelto:* 14 de diciembre de 2000

## RESOLUCIÓN

Previa recomendación de la Directora Administrativa de
los Tribunales, se enmienda la Regla 24 para la Adminis-
tración del Tribunal de Primera Instancia del Estado Libre
Asociado de Puerto Rico de 30 de junio de 1999 (4 L.P.R.A.
Ap. II-B), para añadir un nuevo inciso (F) y para reenume-
rar el anterior inciso (F) de dicha regla como inciso (G).

*Regla 24. Resoluciones y sentencias en casos civiles, crimina-
les y de relaciones de familia; escritos al expediente del tribunal
y archivo en autos de copia de notificaciones*

.      .      .      .      .      .      .      .

(F) El Secretario o Secretaria exigirá a la presentación de los
escritos de promoción de expedientes de jurisdicción voluntaria
(*ex parte*) los correspondientes derechos arancelarios por con-
cepto de presentación y los derechos que cancelarán en su mo-
mento la resolución o sentencia que se emita en estos casos. En
toda resolución que ponga fin a un caso de jurisdicción volun-
taria, independientemente si la resolución es para declarar con
lugar o no ha lugar la petición, para archivar o desestimar,
deberá cancelarse los derechos que dispone la Ley de Aranceles
vigente.
   G. ....

Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribu-
nal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*